# Exhibit 1

**U.S. Department of Justice**

*United States Attorney*
*Western District of Kentucky*

KGB/zas/jrcm

*717 West Broadway*
*Louisville, KY 40202*

*Phone: (502) 582-5911*
*Fax: (502) 582-5097*
*Website: www.justice.gov/usao/kyw*

May 1, 2026

Edward Britt
4415 N. Arcadia Lane
Phoenix, AZ 85018

Re: Notice of Department of Justice Request for Financial Records from JPMorgan Chase Bank, N.A.

Dear Mr. Britt:

This letter serves as notice, pursuant to 12 U.S.C. § 3405, that the Department of Justice is requesting certain of your financial records from JPMorgan Chase Bank, N.A. pursuant to a civil investigative demand (CID) issued pursuant to 31 U.S.C. § 3733. A copy of the CID is enclosed for your reference.

The CID requests records and information from JPMorgan Chase Bank, N.A. concerning your financial transactions, and this information is being sought in connection with a False Claims Act investigation to determine whether there is or has been a violation of 31 U.S.C. § 3729. More specifically, the False Claims Act investigation concerns allegations that you and Applied Biologics, LLC caused the submission of false claims to federal healthcare programs for skin substitutes.

If you desire that such records or information not be made available, you must:

1. Fill out the accompanying motion paper and sworn statement or write one of your own, stating that you are the customer whose records are being requested by the Government and either giving the reasons you believe that the records are not relevant to the legitimate law enforcement inquiry stated in this notice or any other legal basis for objecting to the release of the records.

2. File the motion and statement by mailing or delivering them to the clerk of any one of the following United States district courts: United States District Court for the Western District of Kentucky or United States District Court for Arizona.

3. Serve the Government authority requesting the records by mailing or delivering a copy of your motion and statement to Assistant United States Attorneys Jessica R. C. Malloy and A. Matthew Weyand at the United States Attorney's Office for the Western District of Kentucky, 717 West Broadway, Louisville, KY 40202.

4. Be prepared to come to court and present your position in further detail.

5. You do not need to have a lawyer, although you may wish to employ one to represent you and protect your rights.

If you do not follow the above procedures, upon the expiration of ten days from the date of service or fourteen days from the date of mailing of this notice, the records or information requested therein will be made available. These records may be transferred to other Government authorities for legitimate law enforcement inquiries, in which event you will be notified after the transfer.

Sincerely,

KYLE G. BUMGARNER
United States Attorney

______________________________

JESSICA R.C. MALLOY
A. MATTHEW WEYAND
Assistant United States Attorneys
Western District of Kentucky

Enclosures

IN THE UNITED STATES DISTRICT COURT

FOR THE ______________ DISTRICT OF _______________

(Name of District) (State in which Court is located)

EDWARD BRITT,

Movant

v.

U.S. DEPARTMENT OF JUSTICE,

Respondent.

**MOTION FOR ORDER PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978**

I hereby move this Court, pursuant to Section 1110 of the Right to Financial Privacy Act of 1978, 12 U.S.C. Sec. 3410, for an order preventing the government from obtaining access to my financial records. The agency seeking access is the Department of Justice.

My financial records are held by JPMorgan Chase Bank, N.A.

In support of this motion, the Court is respectfully referred to my sworn statement filed with this motion.

Respectfully submitted,

_________________________ _________________________

(Your signature) (Your Name)

_________________________ _________________________

(Your Address) (Your Telephone #)

s

## CERTIFICATE OF SERVICE

I have mailed or delivered a copy of this motion and the attached sworn statement to Jessica R. C. Malloy and A. Matthew Weyand at the United States Attorney's Office for the Western District of Kentucky at 717 West Broadway, Louisville, KY 40202.

on __________ ____ , 2026.

(Date)

________________________________

(Your Signature)

IN THE UNITED STATES DISTRICT COURT

FOR THE ______________ DISTRICT OF _______________
(Name of District) (State in which Court is located)

EDWARD BRITT,

Movant

v.

U.S. DEPARTMENT OF JUSTICE,

Respondent.

**SWORN STATEMENT OF MOVANT**

I, ______________________________, (am presently/was previously)
(Movant's Name) (Indicate One)

a customer of ____________________________________________________
(Name of Financial Institution)

and I am the customer whose records are being requested by the Government. The financial records sought by the Department of Justice are not relevant to the legitimate law enforcement inquiry stated in the Customer Notice that was sent to me because

______________________________________________________________________

______________________________________________________________________

or should not be disclosed because there has not been substantial compliance with the Right To Financial Privacy Act of 1978 in that

______________________________________________________________________

______________________________________________________________________

or should not be disclosed on the following other legal basis

______________________________________________________________________

I declare under penalty of perjury that the foregoing is true and correct.

______________ ____, 2026
(Date)

____________________________
(Movant's Signature)

# CIVIL INVESTIGATIVE DEMAND

## United States Department of Justice

**United States Attorney's Office for the Western District of Kentucky**

COPY

TO: JP Morgan Chase Bank, N.A.
Legal Papers Served
Mail Code LA2-7100
1414 Woodward Avenue
Ruston, LA 71270-2015

Civil Investigative Demand No. CID 26-0024

This Civil Investigative Demand is issued under the False Claims Act, 31 U.S.C. §§ 3729-3733, during a False Claims Act (FCA) investigation to determine whether there is or has been a violation of 31 U.S.C. §3729. The investigation concerns allegations that Applied Biologics, LLC and Edward Britt caused the submission of false claims to federal healthcare programs for skin substitutes.

This Demand requires you to provide documents to the United States Government. This is the original of the Demand; no copies of this Demand have been served on other parties. The documents provided in response to this Demand may be shared, used, and disclosed as provided by 31 U.S.C. § 3733.

**DOCUMENT REQUEST:**

You are required by this Demand to produce all documents in your possession, custody, or control that are responsive to the document requests set forth in **Attachment A**.

You must make this material available to Assistant United States Attorneys (AUSAs) Jessica R. C. Malloy and A. Matthew Weyand who have been designated as FCA custodians in this case. If you have any questions, you may reach Jessica at (502) 779-2765 or Jessica.Malloy@usdoj.gov, or you may reach Matt at (502) 625-7044 or Matt.Weyand@usdoj.gov. These documents shall be produced to them, no later than thirty (30) days from your receipt of this Demand, at the United States Attorney's Office for the Western District of Kentucky, 717 West Broadway, Louisville, KY 40202, or at another time or location to be mutually agreed upon by you and them. The production of documentary material in response to this Demand must be made under a sworn certificate in the form printed in this Demand.

Issued at Louisville, Kentucky, this 28 day of April 2026.

KYLE G. BUMGARNER
United States Attorney
Western District of Kentucky

## FORM OF CERTIFICATE OF COMPLIANCE[1]

I have responsibility for producing the documents requested in Civil Investigative Demand No. **26-0024**. I hereby certify that all the materials required by that Civil Investigative Demand which are in the possession, custody, or control of the Company to whom the Demand is directed have been submitted to a custodian named therein.

If any such material has not been produced because of a lawful objection, the objection to the document request and the reasons for the objection have been stated.

Signature ______________________________

Title ______________________________

SWORN TO before me this ________ day of
______________________, **2026**

________________________________________
NOTARY PUBLIC

[1] In place of a sworn statement, the above certificate of compliance may be supported by an unsworn declaration as provided for by 28 U.S.C. § 1746.

**VERIFIED SERVICE**

I, Kelly A. Thacher, an employee of the United States working under the direction and supervision of Assistant United States Attorneys Matt Weyand and Jessica R.C. Malloy, in connection with a False Claims Act investigation, hereby certify that on the ____ day of May 2026, I sent Civil Investigative Demand No. 26-0024 (with attachments) by mailing the signed original of the Demand by certified United States Mail, return receipt requested, to the following:

JP Morgan Chase Bank, N.A.
Legal Papers Served
Mail Code LA2-7100
1414 Woodward Avenue
Ruston, LA 71270-2015

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this ____ day of May 2026.

______________________________
KELLY A. THACHER
Legal Assistant

# ATTACHMENT A TO CIVIL INVESTIGATIVE DEMAND NO. 26-0024

## A. DEFINITIONS

1. The terms "You" or "Your" means JP Morgan Chase Bank, N.A., and any and all predecessors, successors, affiliates, subsidiaries, parent companies, branches, divisions, offices, units, and Employees.

2. The term "Customer" refers to Edward Britt (DOB 11/07/70; SSN XXX-XX-9177).

3. "Document" and "Documents" is used in the broadest sense permitted by Federal Rule of Civil Procedure 26(b), 34(a), and 45(a) and includes, but is not limited to, any hard copy or electronically stored information, Communications, text messages, and emails.

## B. GENERAL INSTRUCTIONS

1. Relevant Time Period: Unless otherwise stated in any specific request below, the relevant time period for each request is January 1, 2023, through the date of service of this Demand.

2. To the extent that any original account application(s) and/or any additional documents containing financial information about the customer(s) and/or subject(s), or submitted by the customer(s) contained in your account file(s) were generated or received by you prior to the commencement date, such additional document(s) are specified included in the requests made pursuant to this subpoena.

3. Please produce imaged hard copy and electronic Documents according to Attachment B, ***Specifications for Production of Electronically Stored Information and Digitized Images***.

## DOCUMENT REQUESTS

1. **Credit Card and Other Revolving Credit Accounts.** Produce all Documents relating to the Customer including, but not limited to, application material, account statements, correspondence, email messages, and payment documentation such as checks (front and back), transfer orders, and ABA routing and account numbers.

2. **Deposit and Securities Accounts.** Produce all Documents relating to the Customer, including, but not limited to, Documents relating to accounts for which the Customer has ever exercised signature or other authority, either directly or through nominees, agents, powers of attorney, letters of direction, or any device whatsoever.

For all account(s) described immediately above, produce all Documents relating to: (1) the source of all funds and/or securities transferred into such account(s) at any time; and (2) the immediate destination of all funds and/or securities transferred out of such account(s) at any time.

3. **Credit Accounts and Applications.** For each credit facility that you ever considered granting to the Customer, produce all Documents relating to such credit facility and/or the application(s) therefor, including, but not limited to:

a. Application forms and all documents submitted in support thereof;
b. Agreements and Contracts;
c. Amortization Schedules;
d. Promissory Notes;
e. Grant Deeds, Deeds of Trust, Mortgages, or other securities; and
f. Records of receipt or payment of Principal and Interest.

4. **Real Property.** Produce all Documents relating to any and all transactions related to the following real property: 4415 N. Arcadia LN, Phoenix, AZ 85018.

5. **Other Financial Information.** For each account over which the Customer has ever exercised signature or other authority, either directly or through nominees, agents, powers of attorney, letters of direction, or any device whatsoever, produce all documents relating to such account(s), including but not limited to:

a. Account Applications;
b. Loan Applications;
c. Promissory Notes;
d. Letters of Credit;
e. Passbooks;
f. Certificates of Deposit;
g. Monthly Bank Statements;
h. Cancelled Checks;
i. Check Registers;
j. Credit and Debit Memo advices;
k. Wire Transfer Authorizations;

l. Duplicate Deposit Slips and Deposited Items;
m. Cashier's Checks;
n. Money Orders;
o. Safe Deposit Box Rental Agreements;
p. Safe Deposit Box Visitation Ledgers;
q. Annuities (i.e. 401Ks, IRAs, Keogh, SEPs, 403B Plans, 419 Plans, Traditional Pension Plans, etc.);
r. Any and all corporate and/or partnership agreements including, but not limited to, operating agreements, by-laws, Articles of Incorporation, corporate minutes, partnership agreements, etc.;
s. All correspondence, including but not limited to, letters, memoranda, telegrams, telexes, email, and letters of instruction; and,
t. Memorandum files, both paper and electronic, which memorialize communications, thoughts and/or decisions of Your agents and/or employees relating to the Customer and/or the Customer's account(s).

6. **Mobile Online Banking Information.** Including online banking profile and enrollment information, online banking session history (includes dates, times, IP addresses, cookies, browser), device ID and user ID used for login, type of transaction conducted (online transfer, mobile deposit, etc.), Peer-to-Peer (P2P) details, Online cookie information, to include the cross referencing of cookies, devices or IP addresses to see what other parties or individuals have touched the cookies, devices, or IP addresses associated with the above referenced parties.

# ATTACHMENT B
# SPECIFICATIONS FOR PRODUCTION OF ELECTRONICALLY STORED INFORMATION AND DIGITIZED IMAGES

**Collection of Electronically Stored Information** (ESI)
Careful consideration should be given to the methodology, implementation and documentation of ESI collection to ensure that all responsive data and metadata are preserved in the collection process.

1. **Specification Modifications**
Any modifications or deviations from the Production Specifications may be done only with the express, written permission of the government. Any questions about these production specifications should be raised with the government prior to the first production.

2. **Production Format of ESI and Imaged Hard Copy**
Responsive ESI and imaged hard copy shall be produced in the format outlined below. All ESI, except for spreadsheets and presentation files (e.g. Excel, PowerPoint) and those forms listed below in section 7, shall be rendered to TIFF image format, and accompanied by an Image Cross Reference file. All applicable metadata/database fields (see section 3 below) shall be extracted and provided in a Concordance®/Relativity compatible ".dat" load file format.

a) **Image File Format:** All images, paper documents scanned to images, or rendered ESI, shall be produced as 300 dpi single-page TIFF files, CCITT Group IV (2D Compression). Images should be uniquely and sequentially Bates numbered and unless otherwise specified, Bates numbers should be an endorsement on each image.

1) All TIFF file names shall include the unique Bates number burned into the image.
2) Each Bates number shall be a standard length, include leading zeros in the number, and be unique for each produced page
   - If this is the **first** production, Bates numbering shall begin with a prefix (if necessary) and the leading zeroes in the number and the number one (1) through the end of the production. (Example: ABC-000001, ABC-000002, ABC-000003, etc.)
   - If this is a **subsequent** production, Bates numbering shall continue with the next consecutive number from the previous production.
3) All TIFF image files shall be stored with the ".tif" extension.
4) Images shall be OCR'd using standard COTS products.
   a) An exception report shall be provided when limitations of paper digitization software/hardware or attribute conversion do not allow for OCR text conversion of certain images. The report shall include the DOCID or Bates number(s) corresponding to each such image.
5) All pages of a document or all pages of a collection of documents that comprise a folder or other logical grouping, including a box, shall be delivered on a single piece of media.
6) No image folder shall contain more than 2000 images.

b) **Image Cross Reference file:** Images should be accompanied by Image Cross Reference file (i.e. .opt and or .lfp) that associates each Bates number with its corresponding single-page TIFF image file. The Cross Reference file should also contain the image file path for each Bates numbered page.

Image Cross Reference Sample Format:

IM,ABC-000001, Vol001, D:\DatabaseName\Images\001\ABC000001.tif,Y,,,1
IM,ABC-000002, Vol001, D:\DatabaseName\Images\001\ABC000002.tif,Y,,,1
Or
IM,ABC-000001 ,D,0,@VOL001;D:\DatabaseName\Images\001;ABC000001.TIF;2,0
IM,ABC-000002 ,D,0,@VOL001;D:\DatabaseName\Images\001;ABC000002.TIF;2,0

c) **Load File**: Images should also be accompanied by a "text load file" containing delimited text that will populate fields in a searchable, flat database environment. The file should contain the required fields listed below in section 3.

1) Text delimited load files are defined using the following delimiters:
   *Field Separator* ¶ *or Code 020*
   *Text Qualifier* þ *or Code 254*
2) The text file should also contain hyperlinks to applicable native files, such as Microsoft Excel or PowerPoint files.
3) There should be one line for every record in a collection.

4) The load file must contain a field map/key listing the metadata/database fields in the order they appear within the data file. For example, if the data file consists of a First Page of a Record (starting Bates), Last Page of a Record (ending Bates), DOCID, DOCDate, File Name, and a Title, then the structure may appear as follows:
   þBEGDOCþ¶þENDDOCþ¶þDOCIDþ¶þDOCDATEþ¶þFILENAMEþ¶þTITLEþ

d) **The extracted/OCR text** for each document should be provided as a separate single text file. The file name should match the BEGDOC# or DOCID for that specific record and be accompanied by the .txt extension.

e) **Directory and folder structure:** The directory structure for productions should be:
   *CaseName***LoadFiles**
   *CaseName***Images** < For supporting images (can include subfolders as needed)
   *CaseName***Natives** <Native Files location (can include subfolders as needed)
   *CaseName***Text** <Extracted Text files location (can include subfolders as needed)

3. **Required Metadata/Database Fields**

A "✓" denotes that the indicated field should be present in the load file produced. "Other ESI" includes data types other than imaged hard copy materials (which should follow "Hard Copy" column) and email and email repositories (both of which should follow "Email" column). For example, "Other ESI" includes MS Office files (e.g. Excel, PowerPoint), WordPerfect files, and any files identified in section 7 below.

| **Field name** | **Field Description** | **Field Type** | **Field Value** | **Hard Copy** | **E-mail** | **Other ESI** |
|---|---|---|---|---|---|---|
| COLLECTION SOURCE | Name of the Company/Organization data was collected from | Text | 160 | ✓ | ✓ | ✓ |
| SOURCE ID (BOX#) | Submission/volume/box number | Text | 10 | ✓ | ✓ | ✓ |
| CUSTODIAN | Custodian(s)/Source(s) - format: Last, First or ABC Dept. | Text | 160 | ✓ | ✓ | ✓ |
| AUTHOR | Creator of the document | Text | 500 | | | ✓ |
| BEGDOC# | Start Bates (including prefix) - No spaces | Text | 60 | ✓ | ✓ | ✓ |
| ENDDOC# | End Bates (including prefix) - No spaces | Text | 60 | ✓ | ✓ | ✓ |
| DOCID | Unique document Bates # or populate with the same value as Start Bates (DOCID = BEGDOC#) | Text | 60 | ✓ | ✓ | ✓ |
| PGCOUNT | Page Count | Number | 10 | ✓ | ✓ | ✓ |
| GROUPID | Contains the Group Identifier for the family, in order to group e-mails with their attachments | Text | 60 | | ✓ | ✓ |
| PARENTID | Contains the Document Identifier of an attachment's parent | Text | 60 | | ✓ | ✓ |

| Field name | Field Description | Field Type | Field Value | Hard Copy | E-mail | Other ESI |
|---|---|---|---|---|---|---|
| ATTACHIDS | Child document list; Child DOCID or Child Start Bates | Text – semicolon delimited | Unlimited | ✓ | ✓ | ✓ |
| ATTACHLIST | List of Attachment Bates numbers | Text – semicolon delimited | Unlimited | | ✓ | ✓ |
| BEGATTACH | Start Bates number of first attachment | Text | 60 | ✓ | ✓ | ✓ |
| ENDATTACH | End Bates number of last attachment | Text | 60 | ✓ | ✓ | ✓ |
| PROPERTIES | Privilege notations, Redacted, Document Withheld Based On Privilege | Text – semicolon delimited | Unlimited | ✓ | ✓ | ✓ |
| RECORD TYPE | Use the following choices: Image, Loose E-mail, E-mail, E-Doc, Attachment, Hard Copy or Other. If using Other, please specify what type after Other | Text | 60 | ✓ | ✓ | ✓ |
| FROM | Author - format: Last name, First name, e-mail address | Text | 160 | | ✓ | ✓ |
| TO | Recipient- format: Last name, First name, e-mail address | Text – semicolon delimited | Unlimited | | ✓ | ✓ |
| CC | Carbon Copy Recipients - format: Last name, First name, e-mail address | Text – semicolon delimited | Unlimited | | ✓ | ✓ |
| BCC | Blind Carbon Copy Recipients - format: Last name, First name, e-mail address | Text – semicolon delimited | Unlimited | | ✓ | ✓ |
| SUBJECT | Subject/Document Title | Text | Unlimited | | ✓ | ✓ |
| CONVINDEX | E-mail system ID used to track replies, forwards, etc. | Text | Unlimited | | ✓ | |
| DOCDATE | Last Modified Date for files and Sent date for e-mail, this field inherits the date for attachments from their parent | Date | MM/DD/YYYY | | ✓ | ✓ |
| TEXT FILEPATH | Relative file path of the text file associated with either the extracted text or the OCR | Text | Unlimited | ✓ | ✓ | ✓ |
| DATE TIME SENT | Date Sent (Use Time Zone of Collection Locality) | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | |
| DATE TIME CRTD | Date Created (Use Time Zone of Collection Locality) | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | ✓ |
| DATE TIME SVD | Date Saved (Use Time Zone of Collection Locality) | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | ✓ |
| DATE TIME MOD | Date Last Modified (Use Time Zone of Collection Locality) | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | ✓ |
| DATE TIME RCVD | Date Received (Use Time Zone of Collection Locality) | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | |
| DATE TIME ACCD | Date Accessed (Use Time Zone of Collection Locality) | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | ✓ |
| FILE SIZE | Native File Size in bytes | Number | 10 | | | ✓ |

| Field name | Field Description | Field Type | Field Value | Hard Copy | E-mail | Other ESI |
|---|---|---|---|---|---|---|
| FILE NAME | File name - name of file as it appeared in its original location | Text | Unlimited | | | ✓ |
| APPLICATION | Application used to create native file (e.g. Excel, Outlook, Word) | Text | 160 | | ✓ | ✓ |
| FILE EXTENSION | Extension for the file (e.g. .doc, .pdf, .wpd) | Text | 10 | | ✓ | ✓ |
| FILEPATH | Data's original source full folder path | Text | Unlimited | | ✓ | ✓ |
| NATIVE LINK | Relative file path location to the native file | Text | Unlimited | | ✓ | ✓ |
| FOLDER ID | Complete E-mail folder path (e.g. Inbox\Active) or Hard Copy container information (e.g. folder or binder name) | Text | Unlimited | ✓ | ✓ | ✓ |
| PARAGRAPH REQUEST NUMBER | Subpoena/request paragraph number to which the document is responsive. Use semi-colon to delimit multiple entries | Text – semicolon delimited | Unlimited | ✓ | ✓ | ✓ |
| MD5 HASH | MD5 Hash value (used for deduplication or other processing) (e-mail hash values must be run with the e-mail and all of its attachments) | Text | Unlimited | | ✓ | ✓ |
| MESSAGEHEADER | E-mail header. Can contain IP address | Text | Unlimited | | ✓ | |
| ATTACHMCOUNT | Number of attachments (any level child document) associated with a ParentID | Text | 10 | | ✓ | |
| FILE TYPE | Identifies the application that created the type of file, not to be confused with file extension | Text | 160 | | ✓ | ✓ |
| COMMENTS | Identifies whether the document has comments associated with it | Text | 10 | | ✓ | ✓ |
| MESSAGE TYPE | Exchange Message class or equivalent | Text | 60 | | ✓ | |
| EXTENDED PROPERTIES | For PDFs Only | Text | 600 | | ✓ | ✓ |

4. **Imaged Hard Copy Records**

a) All imaged/scanned hard copy material shall reflect accurate document unitization including all attachments and container information (to be reflected in the PARENTID, ATTACHID, BEGATTACH, ENDATTACH and FOLDERID). Unitization in this context refers to identifying and marking the boundaries of documents within the collection, where a document is defined as the smallest physical fastened unit within a bundle (e.g., staples, paperclips, rubber bands, folders, or tabs in a binder). The first document in the collection represents the parent document and all other documents will represent the children.

b) All documents shall be produced in black and white TIFF format unless the image requires color. An image requires color when color in the document adds emphasis to information in the document or is itself information that would not be readily apparent on the face of a black and white image. Images identified as requiring color shall be produced as color 300 dpi single-page JPEG files.

c) All objective coding (e.g., document date or document author) should be discussed and produced to the government as additional metadata/database fields.

d) Image filenames must contain a bates number with an appropriate prefix, if necessary. (Example: ABC-000001).

e) Load file formats such as "LFP" and or "OPT" must be included.

5. **Common files to be produced in Native Format.** All spreadsheet and presentation files (e.g. Excel, PowerPoint) shall be produced in the unprocessed "as kept in the ordinary course of business" state (i.e., in native format). The file produced should maintain the integrity of all source, custodian, application, embedded and related file system metadata. No alteration shall be made to file names or extensions for responsive native electronic files.

a) **Production of Native Files (When Applicable Pursuant to These Specifications)** All native file productions shall have extracted metadata/database fields provided in a Concordance® load file format as defined in the field specifications for "Other ESI" as outlined in section 3.

6. **Search, De-Duplication, Near-Duplicate Identification, E-mail Conversation Threading and Other Culling Procedures**

De-duplication of exact copies within a custodian's data may be done, but all file paths and custodians must be provided for each duplicate document, in an exception report in .csv format. The recipient shall not use any other procedure to cull, filter, group, separate or de-duplicate, or near-de-duplicate, etc. (i.e., reduce the volume of) responsive material before discussing with and obtaining the written approval of the government. All objective coding (e.g., near duplicate ID or e-mail thread ID) shall be discussed and produced to the government as additional metadata fields. The recipient will not employ analytic software or technology to search identify, or review potentially responsive material, including but not limited to technology assisted review (TAR) or predictive coding, without first discussing with the government.

7. **The following data must be discussed with the government in advance of producing:**

**a)** Hidden Text (e.g. track changes, hidden columns, mark-ups, notes)
**b)** Embedded Files (e.g. Word documents, Excel spreadsheets, .wav files, etc.)
**c)** Image-Only Files (e.g. image-only files (non-searchable .pdfs, multi-page TIFFs, Snipping Tool [and other] screenshots, etc., as well as all other images that contain text)
**d)** Encrypted Files (e.g. protected by password or encryption key)
**e)** Email Repositories (e.g. email databases (e.g., Outlook .PST, Lotus .NSF, etc.))
**f)** Instant Messenger (IM), Voicemail Data, Audio Data, Video Data, etc.
**g)** Social Media
**h)** Structured Data (e.g., Oracle, SQL, MySQL, QuickBooks, etc.)
**i)** Structured Data from Proprietary Applications (e.g., proprietary timekeeping, accounting, etc.)
**j)** Photographs
**k)** Images from which Text Cannot be OCR Converted
**l)** Format of ESI from Non-PC or Non- Windows-based Systems (e.g., Apple, IBM mainframes, and UNIX machines, Android device, etc.)
**m)** Native files

8. **Virus Protection and Security for Delivery of Production Data**

Production data shall be free of computer viruses. Any files found to include a virus shall be quarantined by the producing party and noted in a log to be provided to the government. Password protected or encrypted files or media shall be provided with corresponding passwords and specific decryption instructions. No encryption software shall be used without the written consent of the government.

9. **Media Formats for Storage and Delivery of Production Data**

Electronic documents and data shall be delivered on any of the following media:

a) CD-ROMs and/or DVD-R (+/-) formatted to ISO/IEC 13346 and Universal Disk Format 1.02 specifications, Blu-ray.
b) External hard drives (USB 3.0 or higher, Firewire or eSATA, formatted to NTFS format specifications) or flash drives.
c) Storage media used to deliver ESI shall be appropriate to the size of the data in the production.
d) Media should be labeled with the case name, production date, Bates range, and producing party.

10. **Transmittal Letter to Accompany Deliverables.** All deliverables should be accompanied by a transmittal letter including the production date, case name and number, producing party name, and Bates number range produced.

11. **TECHNICAL CONTACT FOR THESE SPECS:**

Adam Sanders
Contract Paralegal
United States Attorney's Office
Western District of Kentucky
(502) 582-6641
Adam.Sanders@usdoj.gov