TRINA A. HIGGINS, UT Bar No. 07349 (*pro hac vice*)
thiggins@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
95 South State Street, Suite 1000
Salt Lake City, UT 84111-1560
Telephone: (801) 401-8510
Facsimile: (866) 974-7329

*Attorney for Movant*
Edward Britt

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Edward Britt,<br><br>       Movant,<br><br>   v.<br><br>United States Department of Justice,<br><br>       Respondent. | Case No. 2:26-mc-00009-KML<br><br>**STATUS REPORT**<br><br><br>Judge Krissa M Lanham |

1

On May 15, 2026, counsel for Edward Britt filed a Motion to Quash Subpoena for Financial Records (Dkt. 1) and [Proposed] Order Granting Motion to Quash Subpoena for Financial Records (Dkt. 1-2) with the court.  On the same day, AUSAs Jessica R.C. Malloy and A. Matthew Weyand of the United States Attorney's Office for the Western District of Kentucky were served the Motion and Proposed Order via electronic mail at the addresses provided on the Civil Investigative Demand.   AUSA Weyand confirmed the documents were received.

Dated: May 26, 2026                    WILSON SONSINI GOODRICH & ROSATI

Professional Corporation

By:   */s/ Trina A. Higgins*
        Trina A. Higgins

TRINA A. HIGGINS (*pro hac vice* pending)
thiggins@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
95 South State Street, Suite 1000
Salt Lake City, UT 84111-1560
Telephone: (801) 401-8510
Facsimile: (866) 974-7329

*Attorney for Movant*
Edward Britt

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 26, 2026, I served the above document by electronic mail on the following, who are not registered participants of the CM/ECF System:

Jessica Malloy - jessica.malloy@usdoj.gov

Matt Weyand - matt.weyand@usdoj.gov

*/s/ Trina Higgins*
(Name of ECF Registered User)
